1 | JEFFREY A. ROSENFELD (SBN 136896)
2 | RACHEL E. K. LOWE (SBN 246361)
  | ETHAN J. BOND (State Bar No. 316532)
3 | **ALSTON & BIRD LLP**
  | 333 South Hope Street, 16th Floor
4 | Los Angeles, CA 90071-1410
  | Telephone: (213) 576-1000
5 | Facsimile: (213) 576-1100
  | E-mail: jeffrey.rosenfeld@alston.com
6 |       rachel.lowe@alston.com
  |       ethan.bond@alston.com

7 | Attorneys for Defendant
  | **AIG WARRANTYGUARD, INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| OLGA ALVAREZ and ROY ALVAREZ, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AIG WARRANTYGUARD, INC., a Delaware corporation; and DOES 1 through 50, inclusive, <br><br> Defendant. | Case No.: 5:21-CV-2079-JGB (SPx) <br><br> **PROOF OF SERVICE** <br><br> Complaint Served: 11/15/2021 <br> Removal Date: 12/13/2021 |

# PROOF OF SERVICE

I, Melinda Jimenez, certify and declare as follows:

1. I am over the age of 18 and not a party to this action.

2. My business address is Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, California 90071, which is located in the city, county and state where the service described below took place.

3. On January 4, 2022, I deposited a copy of:

- **STANDING ORDER – JUDGE JESUS G. BERNAL**

on the following:

Michael D. Turner, Esq.
Derek J. Scott, Esq.
Elika E. Ziaei, Esq.
**KASDAN TURNER THOMSON BOOTH LLP**
18100 Von Karman Avenue, Suite 750
Irvine, California 92612
Telephone:  (949) 851-9000
Emails: mturner@kasdancdlaw.com
dscott@kasdancdlaw.com
eziaei@kasdancdlaw.com
**Attorneys for Plaintiffs**

4. BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mail with United States Postal Service.  In the ordinary course of business, the correspondence would be deposited with United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm.  Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Alston & Bird LLP, 333 S. Hope Street, 16th Floor, Los Angeles, CA 90071.

1    5. BY ELECTRONIC TRANSMISSION WITH ATTACHMENT: On this
2 date, I transmitted the above-mentioned document by electronic mail transmission
3 address set forth on the attached service list.
4    I declare under penalty of perjury under the laws of the United States that the
5 forgoing is true and correct. Executed on the January 4, 2022, at Los Angeles,
6 California.

7
8                                          _____
                                                  Melinda Jimenez