Michael D. Turner, State Bar No. 126455
Elika E. Ziaei, State Bar No. 334078
KASDAN TURNER THOMSON BOOTH LLP
18100 Von Karman Avenue, Suite 750
Irvine, California 92612
Telephone: (949) 851-9000; Fax: (949) 833-9455

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA ALVAREZ and ROY ALVAREZ, on behalf of themselves and all others similarly situated<br><br>Plaintiff(s),<br><br>v.<br><br>AIG WARRANTYGUARD, INC., a Delaware corporation; and DOES 1 through 50, inclusive<br><br>Defendant(s). | CASE NUMBER<br><br>5:21-cv-02079-JGB-SP<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| March 22, 2022 | /s/ Michael D. Turner |
| Date | Signature of Attorney/Party |

NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 18100 Von Karman Ave, Suite 750, Irvine CA 92612.

On March 22, 2022, I served the foregoing document described as **"NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)"** in the manner indicated below on the person(s) listed on the attached service list:

**[X]  BY ELECTRONIC MAIL**  On this date, I filed the above-referenced document(s) via the United States District Court, Central District of California electronic filing system and all attorneys who have appeared in this matter that have registered for electronic service will be served in that manner.

**[X]  BY MAIL** To the following participants by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid to be placed in the United States mail in Irvine, California addressed as indicated hereinbelow. I am readily familiar with Kasdan Turner Thomson Booth LLP's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 22, 2022, at Irvine, California.

*Sarah Greene*
Sarah Greene

USDC – CD
5:21-cv-02079-JGB-SP

# SERVICE LIST

Jeffrey Rosenfeld
Rachel E. K. Lowe
Ethan J. Bond
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor Los Angeles, CA 90071-1410
Telephone: 213-576-1000
Facsimile: 213-576-1100
E-mail: jeffrey.rosenfeld@alston.com
rachel.lowe@alston.com
ethan.bond@alston.com

*Attorneys for Defendant AIG WARRANTYGUARD, INC.*